**Johnny TARKINGTON, Appellant,**

v.

**Tim MULLINS, Former Infirmary Manager, CMS; Neema Suphan, Dr.; Alva M. Green, Nurse, CMS; Wendy Kelley, Assistant Director, Arkansas Depart-**

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable

ment of Correction; Vera Miller, Nurse, Maximum Security Unit, ADC; Mary Moore, Nurse, Maximum Security Unit, ADC; Robert Rectenwald, Dr., ADC (originally sued only as Rectenwald); Roland Anderson, Dr., ADC (originally sued as Anderson); Rita Odom, Nurse, Maximum Security Unit, ADC; Vesta Mullins, Infirmary Manager, Tucker Unit, ADC; David White, Warden, Tucker Unit, ADC; Nnamdi Ifediora, Dr., Maximum Security Unit, ADC; Juanita Stell, Regional Ombudsman, ADC, Appellees.

No. 10–2022.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 30, 2010.

Filed: Oct. 5, 2010.

Johnny Tarkington, Tucker, AR, pro se.

Brent J. Eubanks, Michelle Banks Odum, Humphries & Lewis, White Hall, AR, Shawn J. Johnson, Assistant Attorney General, Attorney General's Office, Kimberly Ann Witherspoon, Little Rock, AR, for Appellees.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Inmate Johnny Tarkington appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action.

---

Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, now retired.

As to the claims Tarkington has not abandoned on appeal, *see Carraher v. Target Corp.*, 503 F.3d 714, 716 n. 2 (8th Cir.2007), we find that summary judgment was properly granted for the reasons stated by the district court, *see Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 499 (8th Cir.2008) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.